# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201800015

_____

## UNITED STATES OF AMERICA
Appellee

v.

## RANDALL D. SHOOK
Gas Turbine System Technician (Mechanical) Second Class (E-5),
U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Aaron C. Rugh, JAGC, USN.
Convening Authority: Commanding Officer, USS Russell (DDG 59).
For Appellant: Lieutenant Jacqueline M. Leonard, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 29 May 2018

_____

Before MARKS, JONES, and ELLINGTON, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court